**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2313**

DJ DONNELLY,

             Plaintiff - Appellant,

        v.

BANK OF AMERICA CORPORATION; KENNETH D. LEWIS, CEO;
KIMBERLEY VOSHELL, Quality Assurance; FIA CARD SERVICES,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Henry M. Herlong, Jr., Senior
District Judge.  (8:09-cv-00910-HMH)

Submitted:  June 8, 2010          Decided:  September 3, 2010

Before KING, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

DJ Donnelly, Appellant Pro Se.  Beverly A. Carroll, K&L GATES,
L.L.P., Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DJ Donnelly appeals the district court's order accepting the recommendation of the magistrate judge and dismissing this action pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Donnelly v. Bank of Am. Corp., No. 8:09-cv-00910-HMH (D.S.C. Nov. 19, 2009). We deny the motions for discovery and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2